# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS (KANSAS CITY)

**Mark Helstrom**
sovereign,

V

**STATE OF KANSAS**
Respondent.

**FILED**

**U.S. District Court**
**District of Kansas**

01/22/2026

**Clerk, U.S. District Court**
**By:** _JSH_ **Deputy Clerk**

**2:26-cv-02037-HLT-GEB**

CASE NO: _____

# Writ of Habeas Corpus

The purpose of this Habeas Corpus is unequivocal: to address the unlawful and unwarranted detention, confinement, or abduction of myself by the STATE OF KANSAS and its employees. It is to prevent any further interference, restriction, or monitoring of my movement and liberty. This lawful action is essential to secure that they cease all efforts to unlawfully detain, restrict, or otherwise infringe upon my rights at any time or place. It is also to ensure my immediate and unconditional freedom from such unlawful custody. This action is vital to uphold and defend my unalienable rights—my life, liberty, and property—which are protected by natural law and recognized by sovereign authority as inherent and unalienable.

It must be recognized that governments are artificial constructs, created entities sustained solely by the collective belief of the populace. In reality, they do not possess inherent sovereignty or authority independent of the consent and acknowledgment of the governed. The claim that the government holds sovereign power is a presumption rooted in collective belief rather than an inherent or lawful right. As articulated in Chisholm v. Georgia the court stated: "Georgia is NOT a sovereign state. If the judicial decision of this case forms one of those purposes, the allegation that Georgia is a sovereign state is unsupported by the fact." The court when on to say "at the Revolution, the sovereignty devolved on the people, and they are truly the sovereigns of the country" and in Gamble v. United States 2019 the court said: "We briefly address two objections to this analysis. First, the dissents contend that our dual- sovereignty rule errs in treating the Federal and State Governments as two separate sovereigns when in fact sovereignty belongs to the people." We see that sovereignty resides solely with the people, not with the state. Any attempt by the government to act as a sovereign entity beyond the natural rights of the man (sovereign) is a false presumption, The government's authority is derived solely from the voluntary consent and active participation of those people who choose to recognize and engage with in it, acknowledging that its legitimacy depends entirely on the people's consent, not from any inherent or independent sovereignty.

The issues raise here-in are directly align with the fundamental purpose of Habeas Corpus: challenging and overturning unlawful restraints and unlawful detention, while safeguarding my rights against further unjustified violations. This remedy serves as a necessary safeguard to prevent additional threats to my liberty, life, and property, ensuring no unlawful or extrajudicial interference continues. I invoke this process to reaffirm my sovereignty, uphold my natural rights, and demand that no further unlawful restraints or acts of interference occur, restoring justice and preserving my fundamental human rights.

This court's opinion on the morality or correctness of my actions is wholly irrelevant. What matters is the law—clear, established, and binding. It is the court's duty to follow the law unwaveringly, without influence from personal biases, institutional opinions, or subjective judgments. Justice demands strict adherence to the rule of law as the foundation of a fair and principled legal system. Any deviation undermines the principles of justice and the integrity of the judiciary. The Declaration of Independence and the Constitution is the law of this country and is rooted in natural law, and the inherent rights of the sovereign man is supreme. Courts are established to uphold and apply the law as it is written, the law is clear, the government cannot impose authority over a sovereign man who has explicitly and irrevocably revoked his consent to be governed. This principle is supported by Ohio Life Insurance and Trust Company v. Debolt, 57 U.S. (16 How.) 416 (1854), in which the court affirms that courts have no control over the sovereign man. The court stated in Ohio Life Insurance:

> "It is the exercise of an undoubted power of sovereignty which has not been surrendered by the adoption of the Constitution of the United States, and *over which this court has no control*. For it *can never be maintained in any tribunal in this country*, that the people of a State, *in the exercise of the powers of sovereignty*, *can be restrained… The principle that they are the best judges of what is for their own interest, is the foundation of our political institutions*." (Emphasis added)

We see in Ohio Life Insurance, the court explicitly affirmed that the government possesses no authority over the sovereign man. Sovereigns are the ultimate arbiters of what serves their own best interests. After years of unjust treatment and abuse by this government, I have concluded that it is in my best interest and safety to withdraw, protect myself, property and assert my sovereignty. My rights must be respected, I am willing and determined to defend my rights against any force that seeks to oppress me.

The Declaration of Independence is the foundational document that articulates the inherent rights of individuals and the principles upon which the United States was founded. It proclaims the sovereignty of the people and their right to self-governance, establishing the moral and philosophical basis for all subsequent laws and statutes. The Declaration of Independence is the law pursuant to Kansas Statutes Annotated (K.S.A. Ch. 95-00 pursuant to K.S.A. 77-132), and is codified in the United States Code (Volume 1). The Declaration explicitly states that government derive their just powers from the consent of the governed, and it is the duty of government officials to honor and protect these principles.

The government must respect my decision and cease its tyranny. Its true purpose is to protect the natural rights of the people, rights that remain above and beyond any Government authority. This principle is reaffirmed by rulings such as Ohio Life Insurance, Yick Wo and Perry v. United States and a host of other judicial decisions. Any attempt to impose control without my consent is an unlawful encroachment of my right to be left alone and a direct violation of the fundamental principles upon which this nation was founded.

In accordance with the core principles established by the Declaration of Independence, any claim, exercise, or enforcement of authority, jurisdiction, or control without the explicit consent of the people is not merely a matter of legal interpretation, it is an unlawful usurpation of power. Such actions would violate the core principles of the Declaration of Independence—This law is unequivocal: "governments derive their just powers from the consent of the governed."

Having endured a relentless and systematic pattern of abuses, violations, and usurpations by the government—including, but not limited to, unlawful detention, theft of property, coercion, and infringements upon my natural rights, I find myself with no alternative but to exercise my right and duty as a sovereign man to explicitly and permanently revoke my consent. After enduring such violence and violations, I am left with no choice but to assert my power and inherent rights by declaring that I refuse to be governed by a regime that has repeatedly proven itself oppressive and seeks to reduce me to a state of absolute despotism.

The Declaration of Independence explicitly states:

> "But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security."

According to the foundational principles of the United States of America, as articulated in the court's decisions and Declaration of Independence, governments derive "their just powers from the consent of the governed." I declare that I have exercised my inherent right as a sovereign man to withdraw that consent, thereby nullifying any claim of legal authority over me, property, or actions. The principle is clear: without my ongoing, informed, and voluntary consent, any assertion of jurisdiction by any court or any government agency is illegitimate, null, and void.

I have made multiple, sincere, and good-faith efforts to resolve the issues caused by the actions of the STATE OF KANSAS. Despite these efforts, the government has demonstrated a blatant and ongoing lack of good faith. Its actions have knowingly and intentionally violated the Constitution, the laws of the United States, and the rights of the sovereign people.

The employees of the STATE OF KANSAS are fully aware of the law, yet they intentionally refuse to apply it. Despite their knowledge, they act as if I am their property. They presume to possess the authority to infringe upon or deny my sovereign rights, rights that are inherent and unalienable, falsely asserting that the state holds superior power over the sovereign people. This presumption undermines the sovereignty of the individual and effectively reduces the people to a condition of servitude, it is slavery.

As stated in Chisholm v. Georgia, 2 U.S. 419 (1793)

> "As a judge of this court, I know, and can decide upon the knowledge that the citizens of Georgia, when they acted upon the large scale of the Union, as a part of the "People of the United States," *did not surrender the supreme or sovereign power to that state*, but, as to the purposes of the Union, *retained it to themselves*. As to the purposes of the Union, therefore, *Georgia is NOT a sovereign state*. If the judicial decision of this case forms one of those purposes, the *allegation that Georgia is a sovereign state is unsupported by the fact*." (Emphasis added)

The court in Chisholm v. Georgia further stated...

> "*at the Revolution, the sovereignty devolved on the people*, and *they are truly the sovereigns of the country*, but *they are sovereigns without subjects*". Further Wilson wrote, that "In Europe, the sovereignty is generally ascribed to the Prince; here, it *rests with the people*". (Emphasis added)

We see in Chisholm, Gamble, Ohio Life Insurance and many others, that it is undeniable, the people are the true sovereigns. Yet, the government relentlessly perpetuates a calculated deception, vilifying the sovereign as a 'sovereign citizen' to portray them as a dangerous, radical fringe. In reality, this is a deliberate scheme of manipulation aimed at controlling the people. The government intentionally mischaracterizes the true sovereign people as criminals, employing fear-mongering and smear tactics to discredit anyone who dares to assert their inherent sovereignty. The sovereign citizen movement was engineered by the government itself to exploit the destruction of the true sovereign and to dominate the masses through deception and intimidation. Their true goal is to obscure the brutal truth: that sovereignty belongs exclusively to the people, not to this illegitimate, oppressive government. This entire narrative is a carefully orchestrated lie, an insidious scheme designed to keep the people in perpetual ignorance, submission, and compliance. The government's so-called authority is a sham, built on lies and treachery. Their relentless campaign against the true sovereigns is a ruthless, calculated effort to hide the fact that the government is nothing but a fabricated construct, an artificial power that has usurped the rightful sovereignty that has always belonged to the people.

The state courts are complicit in this grand deception. They know beyond any doubt that sovereignty exists, that it is an inherent right of the people. The court cases I have provided to this court clearly demonstrate the recognition of the sovereign and which confirm that sovereignty resides with the man. Yet, despite this undeniable truth, the courts continue to uphold and enforce a fraudulent narrative of the 'sovereign citizen' movement and that the government is the ultimate authority. The courts are aware that the government's claim to sovereignty is a lie, a fabricated illusion designed to control and subjugate the people. By actively participating in this deception, the courts serve as tools to suppress the truth and perpetuate the illusion the people are not the true sovereigns. This betrayal exposes the entire system is built on lies, where the real power belongs to the people, and the government's so-called authority is nothing but a malicious fraud.

By their actions, the government has exceeded its lawful authority and violated the very charter that grants and constrains their power. as the people would never have granted the government any power to usurp the sovereign authority of the people. This is an egregious violation of the people's rights, a direct breach of the Constitution, and a blatant violation of the oaths taken by those in power. As stated in Perry v. United States, 294 U.S. 330 (1935):

> "Just men regard repudiation and *spoliation of citizens by their sovereign* with abhorrence; but we are asked to affirm that the Constitution has granted power to accomplish both. *No definite delegation of such a power exists; and we cannot believe the farseeing framers, who labored with hope of establishing justice and securing the blessings of liberty, intended that the expected government should have authority to annihilate its own obligations and destroy the very rights which they were endeavoring to protect. Not only is there no permission for such actions; they are inhibited. And no plenitude of words can conform them to our charter*." (Emphasis added)

In Perry, the court affirms that there is no constitutional authority for the government to repudiate or commit acts of spoliation of the people's sovereignty. The framers, who dedicated themselves to establishing justice and protecting liberty, did not intend for the government to have the power to destroy its own obligations or the rights it was meant to safeguard. Such actions are not only unsupported by the Constitution but are explicitly prohibited. Any effort to do so directly undermines the sovereignty of the people and the fundamental principles of liberty enshrined in the Constitution and the Declaration of Independence. Acts that remove the sovereignty of the people are explicitly prohibited by the Constitution and would constitute treason.

When the STATE OF KANSAS employees refuse to acknowledge the people's sovereignty, they are manifestly in violation of the Constitution and the laws. It is the unequivocal duty of this Court to acknowledge the sovereign authority of the People. To prevent any further misconduct by the STATE OF KANSAS employees, this Court must remedy the unlawful deprivation of my liberty. I hereby demand that this Court provide a just and appropriate remedy without delay through the issuance of this Writ of Habeas Corpus. Any continued unlawful detention or restraint constitutes a direct violation of my fundamental rights and must cease immediately. Failure to respect and uphold these principles will be regarded as a blatant breach of justice and a violation of the charter granted to the government, by we the people.

## INTRODUCTION, BACKGROUND AND FACTS

The Declaration of Independence is the supreme law of the land, explicitly stating that "Governments are instituted among Men, deriving their just powers from the consent of the governed."

It is a fact that the Declaration of Independence is not only a pivotal legal document of this country's history, it is officially recognized and published within the Kansas Statutes Annotated (K.S.A. Ch. 95-00 pursuant to K.S.A. 77-132) and codified in the United States Code (Volume 1). As such, the Declaration is the law of this country and unequivocally proclaims the self-evident truth that governments derive their just powers from the 'consent' of the governed. Therefore, government officials are bound and required to uphold and abide by the principles enshrined in the Declaration of Independence.

It is a fact that the Declaration of Independence explicitly mandates the consent of the people. Consent is the fundamental basis of lawful authority. Without ongoing, voluntary, and informed consent, any assertion of jurisdiction or authority is illegitimate, unlawful, and null. With out the voluntary consent of the people would be slavery.

The Supreme Court of the United States, in Chisholm v. Georgia, 2 U.S. 419 (1793), recognized the principle of consent as the basis for lawful authority. The Court stated:

> "In my judgment, the basis of sound and genuine jurisprudence; *laws derived from the pure source of equality and justice must be founded on* the *CONSENT* of *those whose obedience they require*." (Emphasis added)

> "State does not owe its origin to the Government of the United States, in the highest or in any of its branches. It was in existence before it. It derives its authority from the same pure and sacred source as itself: the *voluntary and deliberate choice of the people*." (Emphasis added)

> "The only reason, I believe why a free man is bound by human laws, is, that he binds himself."

This landmark case reaffirmed that the legitimacy of government and law arises from the voluntary, deliberate choice of the people themselves, an enduring truth that continues to define the core of our country's constitutional identity.

The principle of consent as the foundation of lawful authority is not just a historical idea; it remains a vital and living principle in our modern legal system. This was reaffirmed as recently as 2019 in Gamble v. United States, 587 U.S., where the Court underscored the enduring importance of consent of the people in which the court stated:

> "Congress has taken from the People authority that they never gave. U. S. Const., Art. I, §8; The Federalist No. 22, p. 152 (C. Rossiter ed. 1961) ("all legitimate authority" derives from "***the consent of the people***"")) (Emphasis added)

The principle of consent as the foundation of lawful authority has been recognized for over two centuries. In Chisholm v. Georgia (1793), the Supreme Court acknowledged that laws must be founded on the consent of the governed. More than 200 years later, in Gamble v. United States (2019), the Court reaffirmed this enduring principle, emphasizing that legitimacy derives from the voluntary and deliberate choice of the people. This long-standing recognition underscores the timeless importance of consent in establishing lawful authority.

In Hodes & Nauser v. State of Kansas, No. 114,153 (2019), the Supreme Court of Kansas also affirms this principle of consent. On page 33, the court cites a passage from Harris v. Shanahan. And this was what the court in Harris v. Shanahan, 192 Kan. 183, 204, 387 P.2d 771 (1963), said:

> "When the founding fathers wrote the Constitution of the United States, they enthusiastically established a republican form of government which became the cornerstone of American written constitutions. (James Madison's report of the "Debates in the Federal Convention of 1787" [House Document No. 398, 69th Congress, first session, entitled "Documents Illustrative of the Formation of the Union of the United States of America."].) So there could be no mistake about its object and purpose, the American Republic officially and with the first breath of its new life declared, "that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, Governments are instituted among Men, deriving their just powers from ***the consent of the governed***." (The Declaration of Independence.) This is the American proclamation of freedom and equality, and the individual worth of a single human being. Within its designated sphere of constitutionally allocated powers, and subject always to its guiding purpose as stated in the Declaration of Independence," (Emphasis added)

The court in Hodes & Nauser further elaborated on the principle of consent, the court citing Justice Clarence Thomas and noting that the full court concurred in part. The court discussed the historical lineage of the principles of consent, stating:

> "What Jefferson meant, like John Locke before him, is that all men and women, all human beings, are equally created by God, endowed with the capacity to reason and with ***free will***, thus sufficiently sharing in human nature as to render it unjust for any man to ***rule another without consent***. This principle of equality is applicable to all men and women at all times, and applies as much to the greatest king as to the lowest laborer." Thomas, Associate Justice, U.S. Supreme Court, Remarks at the Dwight D. Opperman Lecture (Sept. 24, 1999): Why Federalism Matters, in 48 Drake L. Rev. 231, 232 (2000)." (Emphasis added)

The Supreme Court of Kansas went on in Hodes & Nauser to say, on Page 134:

> "People remain in the State of Nature "till *by their own Consents* they make themselves Members of some Politick Society," one that promotes the common good and "the mutual Preservation of their Lives, Liberties and Estates." Two Treatises, Bk. II, §§ 15, 123." (Emphasis added)

> "The power of the "Politick Society" extends only so far as the people's consent. This is because governmental power originates from the "mutual Consent of those who make up the Community," which Locke calls the "Compact." Two Treatises, Bk. II, §§ 97, 171." (Emphasis added)

On Page 147 the court said:

> "'We hold these truths to be self evident: that all men are created equal; that they are endowed by their Creator with certain inalienable rights; that among these are life, liberty and the pursuit of happiness. That to secure these rights, governments are instituted among men, *DERIVING THEIR JUST POWERS FROM THE CONSENT OF THE GOVERNED.*'" Lehrman, at 309. (Emphasis added)

And on Page 162 the court said:

> "In this way, our founders reaffirmed the republican genius of the American founding that a government of limited powers, *delegated by the consent of naturally sovereign individuals* to secure a common welfare" … (Emphasis added)

The court goes on to say on Page 164:

> "Put the same question a little differently and you get something like this: If the only foundation on which the State may enact just laws is the *voluntary consent of the governed*–the "giving up" of sovereignty exercised to a central power–how do we know whether the people have "consented" in any particular instance?" (Emphasis added)

As discussed in Hodes & Nauser, the court posed a fundamental question: "How do we know whether the people have 'consented' in any particular instance?" This question strikes at the core of the principle of governmental authority and legitimacy. The court in Hodes directly addresses this issue of consent on page 33, asserting that governments derive their "just powers from the consent of the governed," which is a foundational concept rooted in the idea of a government's authority being granted by the people it governs. Moreover, on page 162, the court emphasizes that this consent is "by the consent of naturally sovereign individuals," highlighting that sovereignty resides inherently within each man, not in a collective or abstract entity.

We see the same views expressed in Chisholm and Hodes in other courts decisions, for instance see City of Dallas v Mitchell, 245 S.W. 944 (1922) which states as follows:

> "The rights of the individual are not derived from governmental agencies, either municipal, state or federal, or even from the Constitution. They exist inherently in every man, *by endowment of the Creator*, and are merely reaffirmed in the Constitution, and restricted only to the extent that they have been *voluntarily surrendered by the citizenship to the agencies of government*. The people's rights are not derived from the government, but the government's authority comes from

the people. The Constitution but states again these rights already existing, and when legislative encroachment by the nation, state, or municipality ***invade these original and permanent rights, it is the duty of the courts to so declare, and to afford the necessary relief***." (Emphasis added)

The court's language clearly affirms that consent is an inherently individual act. It is not a collective agreement or a societal approval, but a personal, voluntary expression of agreement by each individual. Accordingly, for any authority or jurisdiction to be legitimate, it must be founded upon the explicit consent of the individual. Without my clear and voluntary consent, the government has no lawful authority to exercise jurisdiction over me. This principle underscores that individual sovereignty and personal consent are the fundamental pillars of legitimate governance. Any attempt to assert jurisdiction without such consent is unjustified and constitutes an act of slavery. It violates international treaties and the laws of the United States.

Furthermore, the court in City of Dallas explicitly stated that when any government "invades these original and permanent rights," it is the duty of the courts "to so declare, and to afford the necessary relief." It is precisely for this reason that I have filed this Habeas Corpus—seeking the court to fulfill its duty by providing the necessary relief and restoring my unalienable rights.

Despite multiple court rulings that irrefutably establish the legal obligation of the STATE OF KANSAS to obtain the voluntary consent of the people, the state has brazenly and contemptuously dismissed these judgments as meritless, unworthy of serious consideration, and altogether worthless. It is evident that the court was fully aware of these rulings, yet it deliberately chose to ignore and dismiss them, bypassing its duty to uphold the rule of law. Such actions are not merely lawless; they represent an outright act of rebellion and a treacherous betrayal of the fundamental principles of justice, sovereignty, and constitutional law, this constitutes an act of treason. The state's reckless and arrogant defiance reveals a deep-seated corruption and a complete abdication of its duty to serve the rights and interests of the people. This blatant disregard for lawful authority is an unforgivable insult to the rule of law and constitutes a direct assault on the rights and freedoms of all the people. Such tyranny cannot be tolerated. Justice must be upheld, and those responsible for this blatant contempt for lawful authority must be held accountable.

I will close this section with some quotes from Samuel Adams as Samuel Adams was one of the Signers of the Declaration of Independence.

> "All men have a right to remain in a state of nature as long as they please; and in case of intolerable oppression, civil or religious, to leave the society they belong to, and enter into another".

> "When men enter into society, it is by voluntary consent".

> "The natural liberty of man is to be free from any superior power on earth, and not to be under the will or legislative authority of man, but only to have the law of nature for his rule".

I have additional case law and supporting documentation that substantiate my position. However, I trust that the court fully understands the core issues regarding Consent that I have articulated. For a more comprehensive overview, please refer to Exhibit 1, in Memorandum in Support, page 3, under the header 'Consent'.

## CASE LAW OF SOVEREIGNTY

For over 200 years, the Supreme Court of the United States has consistently affirmed that "sovereignty resides in the people." and "sovereignty belongs to the man," as demonstrated in cases such as Chisholm, Yick Wo, Ohio Life Insurance, Gamble, and Perry v. United States, among others. Because of the extensive nature of this issue, please refer to (Exhibit 1) for a more comprehensive overview. This exhibit is hereby incorporated into this record as an integral part. It presents irrefutable evidence that the STATE OF KANSAS was fully aware of these precedents and lawful rulings, yet, with willful and malicious intent, deliberately and knowingly disregarded the United States Supreme Court's decisions, the Declaration of Independence, the Constitution, and the laws of the United States, actions that, by failing to uphold the law, is effectively placed me into a state of slavery and are an act of treason.

The Supreme Court of the United States in Gamble v. United States 587 U. S. _____ (2019) 17-646 stated as follows:

> "We briefly address two objections to this analysis. First, the dissents contend that our dual- sovereignty rule errs in treating the Federal and State Governments as two separate sovereigns *when in fact sovereignty belongs to the people*." See post, at 3 (opinion of GINSBURG, J.); post, at 7 (opinion of GORSUCH, J.). (Emphasis added)

The Supreme Court of Kansas, in Hodes & Nauser v. STATE OF KANSAS, No. 114,153 (2019), also recognized original and inherent sovereignty is located in the man and stated as follows:

> "The sovereign, when traced to his source, must be found in the man. (Quoting Wilson, J., in 2 U.S. at 458)"

Furthermore, the court in Hodes & Nauser stated on Page 190:

> "As explained at length above, section 1—properly understood—expresses a truth widely known and accepted at the time of Kansas' constitutional moment: pre-political *individual sovereigns possess a natural* and *inalienable right to do "what they like*."" (Emphasis added)

The final quote from Hodes & Nauser is striking and profoundly significant: it states the "inalienable right to do 'what they like.'" This is an unequivocal truth, sovereigns inherently possess the right to act according to their own will, so long as they do not harm others and fulfill their contractual obligations.

The Supreme Court of the United States, through numerous decisions, including Gamble and additional authoritative rulings, has consistently and unequivocally affirmed that sovereignty is fundamentally vested in the people. Similarly, the Supreme Court of Kansas in Hodes, along with other rulings, has reinforced this principle. Collectively, these decisions leave no reasonable doubt or ambiguity regarding the locus of sovereignty, which has been definitively recognized as residing solely within the people.

Once again, for over two centuries, courts have recognized that sovereignty resides with the people. In Glass v. The Betsey (1794), the Court stated, "Our government is founded upon compact. Sovereignty was, and is, in the people." Similarly, VANHORNE'S LESSEE v. DORRANCE (1795) declared, "The Constitution is the work or will of the People themselves, in their original, sovereign, and unlimited capacity."

Throughout more than 200 years, this principle has been reaffirmed. In McCulloch v. Maryland (1819), the Court emphasized that "residuary powers of sovereignty...are reserved to the people." Martin v. Waddell (1842) held that "when the revolution took place, the people of each state became sovereign." Luther v. Borden (1849) affirmed that "sovereignty in every state resides in the people."

Further cases, including Ohio Life Insurance (1854), recognized sovereignty as "one of the highest attributes" belonging to the people. Most recently, Gamble v. United States (2019) reaffirmed that "sovereignty belongs to the people," emphasizing that this reflects the fundamental truth acknowledged for over 200 years.

I possess additional case law and supporting documentation that substantiate my position. For a more comprehensive overview, please refer to Exhibit 1, Memorandum in Support, page 8, under the header 'sovereign'.

## REVOCATION OF CONSENT

It is the unequivocal duty of this Court to acknowledge the sovereign authority of the People, to prevent any further misconduct by the State of Kansas, to address and rectify the criminal acts committed by the State of Kansas that are manifestly in violation of the Declaration of Independence, the Constitution and the laws of America, and to remedy the unlawful deprivation of my liberty. Despite my numerous and earnest efforts over the course of years to engage with the government and seek a resolution to these matters, my attempts have been systematically disregarded and ignored. As a sovereign entity, I assert my inherent rights and direct this Court to uphold its legal duty by providing a just and appropriate remedy without delay, in accordance with the law. Any continued unlawful detention or restraint constitutes a violation of my fundamental rights and must cease immediately.

By divine right and natural law, I recognize no authority, jurisdiction, or claim over myself, property, or liberty that is not founded upon my own free, conscious and voluntary consent.

I am sovereign, self-determined, and autonomous. I claim full and absolute sovereignty over my life, body, and property, and I reject all foreign claims of authority that do not originate from my free will. Consent is ongoing and revocable. Once revoked, any jurisdiction or authority asserted without my consent is null and void.

Remember that consent can be withdrawn by the people at any time. The Supreme Court of the United States in Communications Assn. v. Douds, 339 U.S. 382 (1950), quoted the Declaration of Rights of Maryland, 1867, and it said:

> "The right of revolution is an inherent one. When people are oppressed by their government, it is a ***natural right they enjoy to relieve themselves of the oppression***, if they are strong enough, either by ***withdrawal from it***, or by overthrowing it and substituting a government more acceptable." (Emphasis added)

Here we see the right of the people to withdraw their support from a despotic government is an inherent and fundamental right. When a government subjects the people to despotism, it is their natural and unalienable right of the people to revoke their consent and withdraw from that regime.

And in Hodes and Nauser the court analyze the complex issue of consent, articulating the essential question: 'How can we determine whether the people have truly given their consent in any specific instance?' The court addresses this issue in its opinion on page 33, affirming that the legitimacy of government derives from 'the consent of the governed.' Furthermore, on page 162, the court elaborates that this consent is rooted in the 'consent of naturally sovereign individuals,' emphasizing the foundational role of individual sovereignty in the constitutional framework.

The answer is clear: consent must be explicit and individual. It cannot be assumed or collectively generalized. The reality is that without my explicit consent, any assertion of jurisdiction by the state is not just legally flawed; it is a distressing affront to the foundational principles of freedom and equality that this country professes to uphold. If the essence of consent is disregarded, the legitimacy of government collapses, and we are left to wonder: who are the true sovereigns in this arrangement if not the people themselves? The time has come to demand accountability and recognition of this essential truth: that rights and governance rest in the willing hands of the governed, not in the heavy grasp of an overreaching government.

If the governance fails to acknowledge and uphold its prior understanding regarding sovereign and consent, as well as the rulings from the United States Supreme Court on the same issues, it risks making a complete mockery of itself and the legal system it presides over. The principles of sovereignty and consent are not merely theoretical constructs; they are the bedrock upon which the country was founded. Disregarding these foundational tenets would invalidate the court's credibility. If it chooses to dismiss this foundational concept, it will jeopardize its own standing and become an instrument of tyranny rather than a protector of rights and would constitute an act of treason.

The Declaration of Independence, dated July 4, 1776, begins by saying:

> "When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them."

From this, we observe that the Declaration explicitly states, 'it becomes necessary for one people to dissolve the political bands...' The phrase 'one people' clearly signifies a single, unified entity—not two, not three, but one. And that one is me. I am that people. I possess the sovereign right to unilaterally dissolve any bonds that no longer serve me, that violate my natural rights, or that threaten my liberty.

It plainly states 'to dissolve the political bands which have connected them with another.' This means that, the moment I informed the STATE OF KANSAS that I explicitly revoked my consent to be governed, the entire legal and political relationship between myself and the STATE OF KANSAS and by extension, the United States, was irreparably and absolutely severed. There is no room for doubt or dispute: I am no longer under their authority, and they have no legitimate claim over me. I have taken back my sovereign authority and have reclaimed my power. I have declared my independence, and the government have no right to impose their rule upon me. The sovereignty of this country resides with the People, who are the true masters of this country.

We cannot forget that the principle of the Declaration of Independence is not merely historical or philosophical; it is codified and recognized as law. The Declaration of Independence is a pivotal document of this country's history, formally recognized and published within the Kansas Statutes Annotated (K.S.A. Ch. 95-00 pursuant to K.S.A. 77-132) and is codified in the United States Code (Volume 1). It is the law of this country and explicitly proclaims the self-evident truth that governments derive their just powers solely from the 'consent' of the governed. Any authority claimed by government that disregards or violates this fundamental truth is illegitimate and unlawful.

Furthermore, the law is clear: governments derive their authority solely from the consent of the sovereign people, who are the true owners of all political power. When the people withdraw their consent, the government no longer holds any lawful authority over them. Any attempt by the government or its agents to ignore or override this fundamental principle constitutes a betrayal of the charter the people granted to the government and the people's trust and sovereignty, and can be deemed an act of treason against the very foundation of this country, its justice, and liberty and would constitute slavery.

## COURTS ARE OBLIGATED TO BE KNOWLEDGEABLE OF
## AND
## TO ADHERE TO THE LAW

We must ask: When the courts of Kansas were informed and fully aware of case law regarding sovereignty residing with the people, and of the vital importance of consent, why have they disregarded the established law by the Supreme Court—including, but not limited to, the following case law: Gamble v. United States (2019), Alden v. Maine (1999), Colten v. Kentucky (1972), Afroyim v. Rusk (1967), Communications Assn. v. Douds (1950), Perry v. United States (1935), Kawananakoa v. Polyblank (1907), Downes v. Bidwell (1901), Yick Wo v. Hopkins (1886), Juilliard v. Greenman (1884), Texas v. White (1869), Ohio Life Insurance and Trust Co. v. Debolt (1854), Luther v. Borden et al. (1849), Martin v. Waddell (1842), McCulloch v. Maryland (1819), United States v. Cruikshank (1876), United States v. Herron (1874), Vanhorne's Lessee v. Dorrance (1795), Glass v. The Betsy (1794), Chisholm v. Georgia (1793), and relevant state court cases such as Hodes & Nauser v. State of Kansas (2019), Harris v. Shanahan (Kansas 1963), Commission v. Case (1962), First Trust Co. v. Smith (Nebraska 1938), City of Dallas v. Mitchell (1922), Ellingham v. Dye (Ind. 1912), Lansing v. Smith (Wend. 1829), and People v. Herkimer (N.Y. Sup. Ct. 1825), (all cases mentioned above can be found in Exhibit 1) we must ask the question why has the law been disregarded, the court was explicitly provided with these binding case law, including a precedent directly issued by that very court, yet it chose to willfully ignore it. This blatant disregard of established lawful authority is not only unjustifiable but a fundamental breach of the court's duty to uphold the law. How can the court justify dismissing its own rulings and the clear legal principles it is sworn to follow? This act of ignoring binding precedent undermines justice and the rule of law itself, the Kansas courts new they lack jurisdiction over a sovereign without the individual's voluntary consent. Despite this clear legal knowledge, the STATE OF KANSAS exercised jurisdiction over me without my consent—an outright, unlawful act of tyranny that flagrantly violates both the Constitution and the principles of the Declaration of Independence and natural law.

For many years, numerous cases, legal principles, and substantial evidence have consistently pointed to the same conclusion. Despite this, the court continues to ignore these well-established truths, perpetuating unjust rulings over time. Such persistent disregard undermines the very foundations of justice and signifies a troubling resistance to lawful and reasoned change. Yet, the court persists in turning a blind eye, ignoring the truth that has been so clearly laid out. How many more years must pass before justice is truly served?

The courts of Kansas have a fundamental and unwavering obligation to uphold the rule of law, including the sacred principles of sovereignty and voluntary consent. As established in Marbury v. Madison (1803), it is the duty of the judiciary to interpret and enforce laws within the constitutional framework, ensuring that all government actions are lawful and within their prescribed authority. This foundational principle affirms that no government employee is above the law and that courts are bound to operate strictly within their constitutional limits. It is the duty of this court to ensure that the Constitution and laws of the United States are enforced within the framework of the Constitution and laws. We can clearly see by the evidence presented to this court the employees of the STATE OF KANSAS have flagrantly violated the Constitution and laws of this country and have committed an act of treason. the STATE OF KANSAS has unlawfully subjected me to conditions of slavery.

Furthermore, Yick Wo v. Hopkins (1886) established that laws and their enforcement must be applied fairly, equally, and lawfully, and that government officials are obliged to act within the bounds of the law and constitutional principles. Any assertion of authority that exceeds or contravenes the individual's natural rights and sovereignty constitutes a breach of lawful duty and a violation of constitutional protections.

Any attempt by the government or authorities to exercise jurisdiction over me without my explicit, informed, and ongoing consent constitutes a gross violation of the Constitution, United States law, Kansas law, international treaties and natural law, amounting to tyranny and an egregious breach of their sworn duty to administer justice lawfully. Such actions undermine the very foundation of the rule of law, justice, and individual sovereignty, and must be condemned and rectified immediately to restore lawful authority and respect for natural rights.

The STATE OF KANSAS's blatant refusal to acknowledge my sovereignty and natural rights exposes their true nature as oppressors and tyrants, violating everything this country stands for. Their persistent denial of my revocation of consent and my unalienable rights is not only an act of tyranny and slavery but also an act of treason against the foundational principles of justice, liberty, and the constitution. Such conduct undermines the very fabric of our country and constitutes a betrayal that warrants the severest condemnation.

## VIOLATION OF LAW AND STATUTES

The STATE OF KANSAS Employees have violated Kansas Statutes K.S.A. Ch. 95-00 pursuant to K.S.A. 77-132 and United States Code (Volume 1), because, the Declaration of Independence is the law of this country and it clearly says "deriving their just powers from the consent of the governed", The STATE OF KANSAS Employees are fully aware that I have revoked my consent.

The employees of the STATE OF KANSAS have violated the United States Constitution's Thirteenth Amendment and the Kansas Bill of Rights, § 6. Once I have revoked my consent and the employees of the STATE OF KANSAS use force to compel me to comply with their demands, such actions constitute slavery and involuntary servitude. Slavery is explicitly prohibited under both the U.S. and Kansas constitutions.

The employees of the STATE OF KANSAS have violated Title 18 U.S. Code § 242 and Title 18 U.S. Code § 241. It is a criminal offense for any officer or agent acting under color of law to willfully violate the constitution.

The employees of the STATE OF KANSAS have committed violations of Title 18 U.S. Code § 1201. The actions undertaken by the STATE OF KANSAS, including the detention of an individual with the use of deadly weapons, as well as coercion, threats, and acts of violence, constitute kidnapping under federal law. These acts are criminal in nature and infringe upon both federal and state statutes.

When the State of Kansas scheduled a trial without my consent, it in effect violated the United States Constitution and the Kansas Constitution. This action placed me into involuntary servitude (slavery). Forcing someone to act against their will is a crime. See U.S. Code Title 18, Chapter 77, §§ 1581 through 1590.

I am aware of further violations of the United States Constitution and applicable law; however, I will withhold their presentation for a later time.

## ARGUMENT

### The unalienable Sovereignty of the People: A Legal and Historical Perspective

What is sovereignty? Historically, sovereignty has been associated with kings and monarchs, those who hold the highest power. But in the United States, sovereignty belongs to the people and the people hold the highest power. The Supreme Court has explicitly affirmed this fundamental truth. In Chisholm v. Georgia, Justice Wilson declared that "at the Revolution, the sovereignty devolved on the people," and rejected the idea that states are sovereign entities. Instead, the Court affirmed that sovereignty resides in the people, and that the states do not hold supreme power over them.

More recently, in Gamble v. United States, the Court addressed the question of whether the dual sovereignty doctrine treats the federal and state governments as two separate sovereigns or if sovereignty ultimately belongs to the people. The Court acknowledged the dual sovereignty rule but emphasized that; "the dissents contend that our dual sovereignty rule errs in treating the Federal and State Governments as two separate sovereigns when in fact sovereignty belongs to the people." This recognition underscores that, despite legal doctrines that distinguish federal and state powers, the ultimate source of sovereignty is the people.

Throughout American history and jurisprudence, the consistent message is that sovereignty is an inherent, original, and unalienable right of the people. The Court's recognition in Gamble affirms that sovereignty resides with the people, is not divided between separate governments but resides with the people themselves, who delegate certain powers to their governments, federal and state, while retaining their ultimate authority. The Tenth Amendment affirms that any powers not explicitly delegated to the government, are reserved to the people themselves.

Justice Wilson and other Justices affirmed this principle and made it crystal clear: the people, not the government or the states, are the ultimate sovereigns. The Court boldly declared that "Georgia is NOT a sovereign state," affirming that sovereignty resides solely in the people, the original source of all authority, who retained their power when they formed the Union. Justice Wilson emphasized with unwavering conviction that "the sovereignty in this country is in the people, not in any government or state," and sternly warned that the government is merely a servant, a creature of the people's will, not their master.

The people are the true owners of this country, owners of their own lives, liberty, and destiny. Any attempt by government to claim sovereignty or authority beyond its delegated limits is a usurpation, an illegitimate encroachment on the rights of the sovereign people who created and sustain this country. The government is a servant, not the ruler; just a tool, not the master. The sovereignty of the people is inherent, unalienable, and inviolable. No government, federal or state, has the right to diminish, override, or ignore that fundamental truth: that the people are the sovereigns of this country.

For over 200 years, the courts have repeatedly affirmed that sovereignty resides with the people, an unalienable right that no government can lawfully diminish or usurp. These rulings recognize that the people are the ultimate authority, and their right to self-governance cannot be overridden by any government entity. Any attempt to do so constitutes a direct violation of the foundational principles upon which this country was built and would be an act of treason.

We, the sovereign people of this country, affirm that all political power resides with us, the true owners and masters of this land. The government is our servant, created by our consent and deliberate establishment, and its legitimacy derives from our authority. We declare that the government exists only at our pleasure and is bound to serve our interests and uphold our rights.

We assert that the people are the ultimate sovereigns, and the authority of the government is subordinate to our will. It is the right and duty of the people to control, direct, and, if necessary, revoke the authority granted to the government. We hold that the government does not own or control us; rather, we control and direct the government.

Should the government or its agents refuse to acknowledge and honor this fundamental principle, that the people are the true sovereigns and that their consent is the foundation of all lawful authority, such refusal constitutes a breach of the social contract, a violation of natural law and an act of rebellion against the legitimate sovereignty of the people and this would be an act of treason.

Any actions taken by an illegitimate government or its representatives under such circumstances are null and void. Their authority is invalid, and they act outside the bounds of lawful power. The true sovereignty remains with the people, and we reserve the right to withdraw our consent and to take such measures as necessary to restore and uphold our inherent rights and liberties.

Let this serve as the reaffirmation that the power of the government is derived from us, the people, and that we retain the ultimate authority to govern ourselves according to the principles of justice, liberty, and natural law.

I have repeatedly notified the STATE OF KANSAS that I have revoked all voluntary consent to be governed and have reclaimed my sovereignty, an unalienable, divine right. Any claim of jurisdiction or authority exercised without my explicit consent is nothing but an unlawful usurpation. It is modern day slavery, an attempt to enslave a free man through deception and illegality. Sovereignty does not come from rulers; it resides inherently in the man. To impose authority without consent is to enslave, and such chains are built on lies and unlawful power.

The Ninth Amendment underscores that the rights of the people are inherent and not granted by the Constitution. Instead, these rights exist naturally and independently of any government acknowledgment or recognition. The Constitution was established to limit the powers of government and protect the sovereignty of the people, not to define or bestow rights upon the people. Similarly, the Tenth Amendment affirms that any powers not explicitly delegated to the government, are reserved to the people themselves. This underscores that sovereignty and authority are inherent rights of the people these rights are not granted or bestowed by the Constitution. The people's authority and unalienable rights extend beyond the Constitution. They are sovereign by nature, stemming from divine and natural law, and no government, law, or authority has the power to diminish, override, or control these fundamental rights.

## CLOSING STATEMENT

Despite the clear and unequivocal principles established by the highest court in our land, principles enshrined in landmark rulings such as Chisholm, Ohio Life Insurance and Trust Company v. Debolt and the historic declarations of Justice Wilson and other Justices affirming that sovereignty resides solely with the people, the employees of the STATE OF KANSAS have, time and again, abdicated their sacred duty to uphold these fundamental truths. Instead of acting as the guardians of the Constitution and defenders of the people's inherent rights, they have chosen to turn a blind eye, to dismiss, or even to outright betray these bedrock principles.

In Ohio Life Insurance, the Court explicitly recognized that sovereignty is an undoubted power that has not been surrendered by the Constitution, and that the people of a State, in the exercise of their sovereign powers, cannot be restrained, in Hodes & Nauser the court stated "sovereigns possess a natural and inalienable right to do 'what they like.'" Justice Wilson's declaration that "the sovereignty in this country is in the people, not in any government or state," underscores a principle so vital that it forms the very foundation of our political system. Yet, despite the Court's own recognition, countless decisions have been issued that instead serve to justify government overreach, to erode individual rights, and to strip the people of their inherent sovereignty.

This is not mere judicial neglect; it is a fundamental betrayal of the oath these judges and justices swore, to uphold the Constitution and defend the rights of the people. It raises a grave and troubling question: What are we to call it when the highest courts, fully aware of these precedents and constitutional principles, choose to ignore or dismiss them? Such actions go beyond negligence, they constitute a reckless abdication of their moral and legal duty, and in many cases, an act of treason against this country.

What else can it be when the judiciary, entrusted with the highest moral authority, knowingly turns its back on the Constitution and the Supreme Law of the Land? Their persistent disregard of Ohio Life, Chisholm, and Justice Wilson's declarations is not just a failure; it is a calculated betrayal. By doing so, they undermine the rule of law, and destroy the sovereignty of the people, and diminish the very fabric of our constitutional republic. Their actions constitute a deliberate and treasonous assault on the foundational principles of our country. Such acts that threaten to dismantle the Constitution are nothing less than an attempt to overthrow the country itself. This is treason, an egregious betrayal of the trust placed in them by the very people they are sworn to serve and protect.

It is no longer acceptable to view these acts as mere judicial oversight or political expediency. They are a direct attack on the sovereignty of the people and the constitutional republic itself. Such blatant disregard for the rule of law and the principles of liberty and constitute an act of treason, an offense against the country that must be met with the strongest condemnation and the urgent demand for accountability. We must recognize that these failures are not just mistakes, they are betrayals of the highest order, and it is our duty to hold those responsible to account before the law and before history.

Furthermore, this government has betrayed my security at every turn. I no longer feel safe. I possess irrefutable evidence that judges, prosecutors, attorneys, and the sheriff have conspired to kill my wife and me.

In addition, I formally notified the Kansas Supreme Court, the Governor, and the Attorney General of these facts. A judge even admitted to some of these issues, yet no action has ever been taken.

Despite providing irrefutable evidence of this conspiracy, threats, and misconduct, their inaction and neglect further demonstrate a systemic failure and a breakdown of the system, an outright failure of this government to hold anyone accountable. This betrayal of the people's trust leaves me unprotected and vulnerable to ongoing danger.

In another case, I have proof that the sheriff lied to federal law enforcement, an act he never expected I would uncover, and I hold documentation proving his treachery.

For nearly three years, I submitted multiple documents to the court, and three judges were assigned. Despite presenting undeniable and critical issues regarding consent and sovereignty, not a single judge has had the courage or integrity to address or even acknowledge this fundamental issue. To this day, I have never received an answer to any of the documents I submitted. Their blatant silence and complete inaction raise serious constitutional due process issues and constitute a dereliction of duty. This also reveals a systemic problem within the courts. By their actions, or lack thereof, they have inflicted devastating, beyond-repair damage to my life, destroying everything I ever had, depriving me of justice, and betraying the very system that is supposed to serve and protect the people.

despite repeatedly reporting these issues and providing irrefutable evidence, I continue to face neglect and hostility. The systemic failure to address my complaints makes me feel betrayed by those who are supposed to serve justice and safeguard the people.

After years of ongoing abuse and misconduct, despite repeatedly and vehemently reporting these issues and presenting crystal-clear evidence, I am confronted with utter contempt and outright hostility. The systemic failure to address my issues is a profound betrayal by those entrusted to protect the people and their property, this exposes the complete corruption and apathy within this system. Their actions willfully demonstrate a reckless disregard for justice and human life, leaving me feeling disgusted, disheartened, and betrayed. What I have shared represents only a portion of what has transpired; the full scope is far greater.

Despite enduring ongoing abuse and threats, I have chosen to remain peaceful. Many in my position might have resorted to violence, and they would have every right to do so. However, I believe in resolving conflicts through peaceful means. I want to make it clear that my silence and restraint do not imply weakness, but rather a conscious choice to seek justice without resorting to violence. However, any man faced with such abuse has the right to protect himself and his loved ones, if necessary, but I continue to hope for a peaceful resolution.

The Attorney General of the State of Kansas is the respondent to this action. This court may wish to inquire why their office has failed to investigate the serious allegations of threats to my wife and me. Their continued silence only deepens the evidence of systemic failure within the government and underscores the urgent need for accountability.

This government was founded on the sacred principles of protecting the rights, property and welfare of the people. Yet, in its treacherous and malicious conduct, it has outright stolen, seized, and unlawfully confiscated everything I have ever labored for, violating the very ideals upon which this country was built. Instead of defending the people's rights, it has become a tool of tyranny and theft, crushing the lives, liberties, and property of those it was sworn to serve. Their actions are a blatant betrayal of the foundational principles of justice, freedom, and sovereignty. They have destroyed my property, my reputation, my marriage, and my very existence, all in a calculated effort to oppress and subjugate me. Every attempt I have made to seek justice or address these grievous wrongs has only resulted in more abuse, more tyranny, and greater suffering. Their conduct is criminal and unjustifiable, a betrayal of the highest order. Such actions constitute a fundamental breach of the social contract, an abandonment of justice, and an abdication of their rightful role as servants of the people.

In this state of corruption and tyranny, the government no longer acts in the interests of those it was created to serve. Instead, it has become an oppressor, stripping away the rights and possessions of the very people whose labor and sacrifices sustain the country. When the government betrays its purpose in this way, it has violated the social contract and forfeits its legitimacy, ceasing to have lawful authority. Such arbitrary rule and oppressive control exemplify despotism, which undermines the foundational principles of liberty and justice, justifying the people's right to seek redress or to alter their political allegiance.

The Declaration of Independence clearly says:

> "But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them *under absolute Despotism*, *it is their right*, *it is their duty*, *to throw off such Government*, and to *provide new Guards for their future security*." (Emphasis added)

The Declaration of Rights of Maryland, states:

> "When people are oppressed by their government, it is a *natural right they enjoy to relieve themselves of the oppression*, if they are strong enough, either by *withdrawal from it*," (Emphasis added)

In accordance with the principles outlined in the Declaration of Independence and the Declaration of Rights of Maryland, which recognize the right to withdraw from oppressive government, I find it necessary to take this action. The government has repeatedly betrayed my trust, violated the social contract it swore to uphold, infringed upon my rights, and threatened my life.

My withdrawal is not only justified but also mandated by these fundamental principles of liberty and self-determination. I hereby declare that I have left this government and its oppressive system, exercising my inherent rights to life, liberty, and the pursuit of happiness. This action is a legitimate and necessary response to the tyranny I have endured, and I demand recognition and respect for my sovereignty and my right to self-preservation.

Furthermore, this court is obligated to recognize the sovereignty of the people and acknowledge the injustices inflicted upon me, and provide the necessary remedy and protection. It is the court's duty to uphold justice and affirm my right to self-determination in the face of tyranny. I demand that this act of self-preservation be respected and that justice be duly served.

I will finish with a quote from YICK WO v. HOPKINS, 118 U.S. 356 (1886)

> "For the very idea that one man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself."

This statement underscores fundamental principles the founding fathers sought to establish, emphasizing the inherent rights of individuals to self-preservation and freedom from involuntary servitude, which remain vital to the principles of liberty and justice upon which the country was founded. If the deliberate destruction of a man's life and property, stealing everything he has labored for, and depriving him of access to food, water, medical care, and the fundamental means to survive, does not constitute cruelty and oppression, then I challenge anyone to define it. As articulated in Yick Wo v. Hopkins, "to be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another" is the very definition of tyranny. In truth, it transcends cruelty; it is, as Yick Wo states, "the very essence of slavery itself."

As articulated in Yick Wo v. Hopkins, the concept of slavery is the absolute denial of a man's sovereignty, the utter inability of a man to control their own life, resources, and freedom from arbitrary domination. Slavery is the most heinous, barbaric atrocity ever inflicted upon mankind, a savage and unforgivable violation of human dignity and natural rights. As Abraham Lincoln declared, it is a "great moral evil." Frederick Douglass called slavery a "beast" that dehumanizes and brutalizes, reducing men and women to mere property, stripping them of sovereignty and unalienable rights. and the founders of this country recognized it as a profound violation of natural law, so much so that the Declaration of Independence proclaims that all men are created equal, endowed with unalienable rights that slavery flagrantly denies.

Throughout history, no crime has been more savage or destructive to human life and liberty than slavery. It is a brutal, inhumane act, an abomination that desecrates justice itself. Any system, government, or authority that perpetuates or tolerates slavery is inherently corrupt, wicked, and fundamentally illegitimate. Slavery is not merely evil; it is an unforgivable crime against humanity.

By the actions of the STATE OF KANSAS employees, they are flagrantly violating the United States Constitution's Thirteenth Amendment, which explicitly abolishes slavery and involuntary servitude. Additionally, it breaches the Constitution of the STATE OF KANSAS, Bill of Rights § 6, which guarantees the peoples inherent rights and prohibits any form of coercive control or involuntary confinement. These fundamental laws are clear, and their violation by the state is an unconstitutional usurpation of my natural rights and freedoms.

The 13th Amendment to the United States Constitution explicitly prohibits slavery and involuntary servitude, stating:

> "Neither slavery nor involuntary servitude… shall exist within the United States, or any place subject to their jurisdiction."

The Constitution of the State of Kansas Bill of Rights § 6 says:

> "There shall be no slavery in this state; and no involuntary servitude"

The STATE OF KANSAS has, in effect, completely taken control of my life, resources, and most sacred freedoms, as recognized in Yick Wo v. Hopkins. I am being systematically stripped of my basic human rights, denied access to food, water, medical care, and the ability to earn a livelihood. This orchestrated oppression is nothing short of kidnapping, torture, and exploitation, an unforgivable assault on my dignity and sovereignty. By deliberately denying me access to food, water, and medical care, the state is committing acts that are equivalent to murder. This heinous crime against humanity cannot be tolerated any longer. It is a direct attack on my life and all that is sacred, and it must be stopped immediately. If this brutality persists, it is nothing less than a premeditated murder in the making. These are an egregious violation of every principle of justice and humanity. This tyranny, this slavery disguised as governance, must end immediately. I will no longer tolerate this abuse, and I demand that these violations cease NOW! Justice demands accountability, and justice must be served.

In conclusion, the words of the Supreme Court, the principles embedded in our Declaration of Independence and Constitution, and the historical understanding all affirm that the true sovereignty of this country belongs to the people. Governments act as custodians of that sovereignty, exercising delegated powers within strict constitutional limits. Any attempt by the government to take away or diminish this sovereignty without the voluntary consent of the people is a violation of the foundational principles of liberty and justice and would be an act of treason.

Given its profound relevance, the statement from Perry v. United States must be emphasized and reiterated:

> "Just men regard repudiation and _spoliation of citizens by their sovereign_ with abhorrence; but we are asked to affirm that the Constitution has granted power to accomplish both. _No definite delegation of such a power exists; and we cannot believe the farseeing framers, who labored with hope of establishing justice and securing the blessings of liberty,_ **_intended that the expected government should have authority to annihilate its own obligations and destroy the very rights which they were endeavoring to protect_**. **Not only is there no permission for such actions; they are inhibited**. **And no plenitude of words can conform them to our charter**." (Emphasis added)

Let it be known: I will not stand idly by while my life is threatened and placed into slavery or my freedom is unjustly taken, nor will I allow the government's misconduct to go unchallenged. It is both a moral and lawful obligation of the people to ensure that their government upholds and properly applies the law, rather than subvert it for illegitimate purposes. This matter will not be swept under the rug nor allowed to fade into obscurity. Justice must be served, and accountability must be upheld at all costs.

I serve no master but the Creator. My life, my soul, and my rights are granted by divine authority, not bestowed by any man, government, or institution. All power and legitimacy originate from the Creator, and bestowed on the people the true sovereigns of this land. The protections in the First Amendment and other laws do not grant us our rights; they only acknowledge rights that are inherent and divine in origin.

Let it be unmistakably clear: any authority that seeks to dominate, subjugate, or diminish the sovereignty of the people is inherently illegitimate and must be fiercely challenged. The people are the true owners of their lives, their liberties, and their property, no government or authority has the right to infringe upon or impose upon us without our explicit and voluntary consent. Our rights are unalienable; our sovereignty is divine and rooted in natural law, an unbreakable birthright that no man-made law, decree, or system can ever override. The sovereignty of the people is non-negotiable, and any attempt to usurp it is an act of tyranny that demands resistance.

1. This court has a fundamental duty to uphold the law with integrity and to administer justice fairly and impartially. that justice is administered without bias or prejudice, and that the rule of law is maintained as the foundation of this country. In fulfilling these duties, the court must operate within the boundaries of justice, equity, and the principles established by the Constitution and the laws of the land.

2. This court is Required to acknowledge and uphold the sovereignty of the people as the supreme authority. The courts have consistently recognized and reaffirmed that the people are the sovereign of this country, and that all legitimate governmental power is derived from their consent. It is further recognized that the inherent rights of individuals are paramount and unalienable, and that the foundation of lawful authority rests in the sovereignty of the governed.

3. Only the people possess the inherent power to grant or withdraw their consent. No judge, attorney, or government official holds the authority to speak or act on behalf of the people without their explicit and voluntary consent.

4. This court has a duty to the people to recognize the Declaration of Independence, which is the supreme law of Kansas, in accordance with Kansas Statutes K.S.A. Ch. 95-00 and K.S.A. 77-132.

5. This court has a duty to the people to recognize that the Declaration of Independence is the law and applicable pursuant to United States Code (Volume 1).

6. This court has a duty to the people by the evidence presented to this court to declare that the employees of the STATE OF KANSAS have clearly violated Kansas Statutes K.S.A. 95-00, pursuant to K.S.A. 77-132 and the United States Code (Volume 1), by failing to apply the law as written and being aware that their just powers are derived from the consent of the governed.

7. This court has a duty to the people by the evidence presented to this court to recognize that the employees of the STATE OF KANSAS have clearly violated the United States Constitution's Thirteenth Amendment and the Kansas Bill of Rights, § 6. Because, Once the people have revoked their consent to be governed and the employees of the STATE OF KANSAS refuse to comply, they have violated these constitutional provisions and laws. Such actions would then constitute an act of slavery and involuntary servitude. Slavery is explicitly prohibited under both the U.S. and Kansas Constitutions and international treaties.

8. The record clearly shows that I have served notice to the STATE OF KANSAS that I have revoked my consent and the record clearly establishes such, there is no discretion on the part of the STATE OF KANSAS in this matter; they have a duty and an oath to uphold the Constitution of the United States. Their failure to provide a remedy after my revocation of consent has effectively placed me in a state of slavery and involuntary servitude, thereby violating the protections guaranteed by the Thirteenth Amendment.

9. This court has a duty to the people to declare any acts by the STATE OF KANSAS that are unconstitutional, to hold the responsible parties accountable based on the evidence presented, and to provide the necessary relief to ensure justice is served.

10. It is the constitutional duty of this courts to interpret and apply the law in strict accordance with the original intent and principles of the Founding Fathers. This duty ensures that the Declaration of Independence and Constitution remains true to the vision and wisdom of its framers, preserving the foundational liberties and sovereignty upon which our nation was built. Any deviation from this solemn obligation compromises the integrity of the judiciary, undermines the rule of law, and threatens the very order that safeguards the rights of the people.

RELIEF DEMANDED: Shall Be in Conformance with the Founding Principles, the Declaration of Independence, the Constitution, and Mandated by the Supreme Court Judicial Edict. Based on the evidence presented, this Writ of Habeas Corpus Shall Be Granted.

Given the circumstances, the relief required is essential to securing justice, upholding the rights endowed by our founding principles, and defending the liberties guaranteed to all the people.

This court shall deliver a remedy that unequivocally embodies the original vision of the founding fathers, that the people, endowed by the Creator with inherent rights, are the ultimate sovereigns of this nation. They possess unalienable rights to self-governance, liberty, and the pursuit of happiness, rights that are the very foundation and cornerstone of this republic. These sacred principles are not merely ideals, but the moral and legal bedrock upon which this country was built. The court bears an unwavering duty and sacred obligation to uphold, defend, and enforce these fundamental rights and principles. the court must serve as the guardian of the people's rights and uphold the true purpose and original intent of the founders, ensuring that sovereignty rests with the people and that their inalienable rights are protected from any encroachment or infringement. This is the solemn responsibility entrusted to this court, to preserve the liberty, sovereignty, and justice that are the birthright of all the people, and to ensure that the founding principles remain alive and authoritative in the governance of this country.

The government, as an entity created by and for the people, has a duty to respect and facilitate this process. This includes providing the necessary protections and resources to enable individuals to exercise their sovereignty fully. Any attempt to deny or diminish this right violates the fundamental principles of natural law, justice, and the social contract upon which the country was founded.

If the government refuses or fails to provide such proper remedies or protections, the People would remain in an untenable position, unable to move freely, access basic necessities, or live securely, effectively leaving their rights unprotected and their position unchanged from before they withdrew. This failure to afford the necessary relief undermines the very purpose of recognizing their right to disassociate and leaves them vulnerable to the same injustices they sought to escape.

I have come to the courts to ensure that the government takes definitive action to keep its employees away from me. This is essential to protect my life and my rights, prevent any further interference or harm, and ensure that I am not subjected to unwarranted contact or harassment. The courts must establish clear boundaries to prevent any further intrusion and to uphold my safety and autonomy. No matter how gilded the cage, it is still a cage. If the government prevents me from moving freely, restricting my ability to seek livelihood, food, water, and basic needs, then I am effectively confined. This is no different than being in jail; it is a form of captivity, an illusion of freedom that masks the reality of control. True liberty requires the unrestrained ability to move, sustain oneself, and access life's necessities. Anything less is merely a gilded cage—an appearance of freedom that, in reality, is a form of imprisonment. This can only be described as Slavery.

Therefore, the court's role is not only to declare the invasion of rights but also to ensure that the individual is afforded the full and effective remedy needed to exercise their right to withdraw and to live freely and securely outside the scope of unlawful government control. This duty safeguards the fundamental principle that the government must serve the people's natural rights, including their right to leave or disassociate, and must provide the means for individuals to do so without undue hardship or infringement.

I am reclaiming my rightful place in America one of the people (sovereign) not a citizen or person.

WHEREFORE, this court has an unequivocal duty to recognize and defend the fundamental rights of the people to withdraw their consent from any governing authority, an unalienable right at the very heart of this Writ of Habeas Corpus. To neglect this sacred duty would send a catastrophic message nationwide: that the people's inherent rights have been obliterated, that they are nothing more than enslaved subjects, and that their sovereignty has been deliberately betrayed and extinguished. Such a failure would constitute a gross violation of the Constitution and laws, an act of treason against this country and the sovereign people, and a profound abdication of justice itself. This court must stand firm in upholding the people's divine rights and the foundational laws that protect them, anything less is an unforgivable betrayal of justice and liberty and would be an act of treason.

**NOTE:** Please ensure all communications are sent to my email on file with the clerk. Thank you.

Any documents, agreements, contracts, or invoices that I have authorized shall bear my official Seal. Any such documents that do not bear my Seal shall not be recognized or considered authentic. I am the sole authorized person to speak or act on my behalf. No other individual or entity is permitted to represent, speak for, or act in my name unless explicitly granted written authorization by me. All documents, agreements, contracts, or invoices bearing my Seal and issued in accordance with this declaration shall be deemed valid, binding, and enforceable.

This document is written in plain English, ensuring it is clear, easy to read, understand, and act upon after just one reading. Should any questions or doubts arise regarding its meaning or how it should be interpreted and applied, I shall be the only man responsible for providing the definitive interpretation and clarification.

I reserve the right, at my sole discretion, to add, modify, delete, or otherwise change any details of this document at any time without prior notice.

I reserve the right to publicize all documents and responses.

The 20th Day of January in the year of our Lord 2026

_____
Mark Helstrom
sovereign

## CERTIFICATE OF SERVICE

The 20th Day of January in the year of our Lord 2026

I have sent a true and correct copy of this filing to the Kansas Attorney General's Office, by the way of USPS and the electronic email service to the following address:

solicitors@ag.ks.gov

Kansas Attorney General Kris W. Kobach
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612
(785) 296-2215
1-888-428-8436
Fax: (785) 296-6296

_____
Mark Helstrom
Sovereign

# FEDERAL WRIT OF HABEAS CORPUS

# INDEX

## Supreme Court of the United States – Case law

Afroyim v. Rusk, 387 U.S. 253 (1967).................................................................... 12

Alden v. Maine, 527 U.S. 706 (1999)..................................................................... 12

Chisholm v. Georgia, 2 U.S. 419 (1793) ......................................... 1, 3, 5, 6, 12, 16

Colten v. Kentucky, 407 U.S. 104 (1972)............................................................... 12

Communications Assn. v. Douds, 339 U.S. 382 (1950)..................................... 10, 12

Downes v. Bidwell: 182 US 244 (1901).................................................................. 12

Gamble v. United States 587 U. S. ____ (2019) 17-646 ......................... 1, 4, 6, 9, 10,12

Glass v. The Betsey, 3 U.S. (3 Dall.) 6 (1794) ................................................... 9, 12

Juilliard v. Greenman, 110 U.S. 421 (1884) ......................................................... 12

Kawananakoa v. Polyblank, 205 U.S. 349 (1907).................................................. 12

Luther v. Borden et al., 48 U.S. (7 How.) 1 (1849) ........................................... 10, 12

Marbury v. Madison, 5 U.S. 137 (1803)................................................................. 13

Martin v. Waddell, 41 U.S. 367 (1842) ............................................................. 10, 12

McCulloch v. Maryland, 17 U.S. 316 (1819) .................................................... 10, 12

Ohio Life Insurance and Trust Company v. Debolt, 57 U.S. (16 How.) 416 (1854) 2, 4, 10, 12, 16

Perry v. United States, 294 U.S. 330 (1935)........................................ 2, 13, 12, 19, 20

Texas v. White, 74 U.S. (7 Wall.) 700 (1869)........................................................ 12

United States v. Cruikshank, 92 U.S. 542 (1876).................................................. 12

United States v. Herron, 87 U.S. (20 Wall.) 251 (1874)......................................... 12

Vanhorne's Lessee V. Dorrance, 2 U.S. 304 (1795) .......................................... 9, 12

Yick Wo v. Hopkins, 118 U.S. 356 (1886)............................................ 2, 13, 12, 19, 20

## State Court – Case law

Commission v. Case, Colo 380 P.2d 34 (1962)....................................................... 12

City of Dallas v Mitchell, 245 S.W. 944 (1922).............................................. 7, 8, 12

People v. Herkimer, 4 Cow. 345 (N.Y. Sup. Ct. 1825) ......................................... 12

Ellingham v. Dye, 178 Ind. 336 (1912) ................................................................. 12

First Trust Co. v. Smith, 134 Neb. 84, 277 N.W. 762 (1938)................................. 12

Harris v. Shanahan, 192 Kan. 183, 204, 387 P.2d 771 (1963) .......................... 6, 12

Hodes & Nauser v. State of Kansas, No. 114,153 (2019) ........................ 7, 9, 11, 12, 16

Lansing v. Smith, 4 Wend. 9 (1829).................................................................... 12

## The Declaration of Independence

Declaration of Independence ................................. 2, 3, 5, 6, 8, 9, 10, 11, 12, 13, 18, 19, 20, 21, 22

## Declaration of Rights of Maryland

Declaration of Rights of Maryland, 1867 ................................................................. 10, 18

## The Constitution for the United States of America

9th Amendment.................................................................................................................. 16
10th Amendment................................................................................................................ 16
13th Amendment................................................................................................ 13, 19, 20, 22

## Constitution of the State of Kansas

Bill of Rights § 6................................................................................................ 13, 19, 20, 21

## United States Code

18 U.S. Code § 1201 - Kidnapping................................................................................. 14
18 U.S. Code § 241 - Conspiracy against rights ........................................................... 13
Title 18, U.S. Code § 242 – Deprivation of Rights Under Color of Law ..................... 13
U.S. Code Title 18, Chapter 77§ 1583 through 1590. Enticement into slavery ........... 14
United States Code, in volume one. The Declaration of Independence ......................... 2, 5, 13, 21

## States Statutes

K.S.A. 77-132 State and Federal laws included in publication ................................ 2, 5, 12, 13, 21
K.S.A. 95-00 - The Declaration of Independence ..................................................... 2, 5, 12, 13, 21

## Famous Quotes

Abraham Lincoln .............................................................................................................. 19
Frederick Douglass ........................................................................................................... 19

## EXHIBITS

Exhibit 1............................................................................................................................ 8, 9, 10

## Supreme Court of the United States – Case law, References Links

Chisholm v. Georgia, 2 U.S. 419 (1793)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep002/usrep002419/usrep002419.pdf

Glass v. The Betsey, 3 U.S. (3 Dall.) 6 (1794)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep003/usrep003006/usrep003006.pdf

Vanhorne's Lessee V. Dorrance, 2 U.S. 304 (1795)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep002/usrep002304/usrep002304.pdf

Marbury v. Madison, 5 U.S. (1 Cranch) 137 (1803)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep005/usrep005137/usrep005137.pdf

McCulloch v. Maryland, 17 U.S. 316 (1819)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep017/usrep017316/usrep017316.pdf

Martin v. Waddell, 41 U.S. 367 (1842)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep041/usrep041367/usrep041367.pdf

Luther v. Borden et al., 48 U.S. (7 How.) 1 (1849)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep048/usrep048001/usrep048001.pdf

Ohio Life Insurance and Trust Company v. Debolt, 57 U.S. (16 How.) 416 (1854)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep057/usrep057416/usrep057416.pdf

Yick Wo v. Hopkins, 118 U.S. 356 (1886)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep118/usrep118356/usrep118356.pdf

Perry v. United States, 294 U.S. 330 (1935)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep294/usrep294330/usrep294330.pdf

Communications Assn. v. Douds, 339 U.S. 382 (1950)
https://tile.loc.gov/storage-services/service/ll/usrep/usrep339/usrep339382/usrep339382.pdf

Gamble v. United States 587 U. S. ____ (2019) 17-646
https://www.supremecourt.gov/opinions/18pdf/17-646diff_ifjm.pdf

## State Court – Case law, References Links

People v. Herkimer, 4 Cow. 345 (N.Y. Sup. Ct. 1825)
https://www.courtlistener.com/opinion/5619418/people-v-herkimer/

Lansing v. Smith, 4 Wend. 9 (1829)
https://cite.case.law/wend/4/9/

Ellingham v. Dye, 178 Ind. 336 (1912)
https://cite.case.law/ind/178/336/

City of Dallas v Mitchell, 245 S.W. 944 (1922)
https://casetext.com/case/city-of-dallas-v-mitchell-1

First Trust Co. v. Smith, 134 Neb. 84, 277 N.W. 762 (1938)
https://cite.case.law/neb/134/84/

Commission v. Case, Colo 380 P.2d 34 (1962)
https://casetext.com/case/commission-v-case

Harris v. Shanahan, 192 Kan. 183, 204, 387 P.2d 771 (1963)
https://law.justia.com/cases/kansas/supreme-court/1963/43-289-1.html

Hodes & Nauser v. State of Kansas, No. 114,153 (2019)
https://www.kscourts.org/KSCourts/media/KsCourts/Opinions/114153_2.pdf?ext=.pdf


## United States Code – The Declaration of Independence, References Links

United States Code Volume 1:
https://uscode.house.gov/view.xhtml?path=/frontmatter/organiclaws/independence&edition=prelim


## States Statutes – The Declaration of Independence, References Links

K.S.A. Ch. 95-00:
https://www.kslegislature.gov/li/b2025_26/statute/095_000_0000_chapter/095_000_0000_article/095_000_0000_section/095_000_0000_k/

K.S.A. 77-132:
https://www.kslegislature.gov/li/b2025_26/statute/077_000_0000_chapter/077_001_0000_article/077_001_0032_section/077_001_0032_k/